**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CRIMINAL NO.  1:98CR331**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **MICHAEL ALONZO ROBINSON** | ) | |
| | ) | |

**THIS MATTER** is before the Court *sua sponte* for reissuance of its pervious Order, filed April 10, 2008, granting in part the Government's motion to extend time to file response to the Defendant's motion for reduction of sentence.

On review of the electronic docket herein, it appears the Government was not served with the earlier Order.  Therefore, the Order must be reissued and the Government afforded additional time to respond to the Defendant's motion herein.

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED IN PART**, and the Government has to and including **APRIL 28,**

**2008**, in which to file response to the Defendant's motion for reduction of sentence.

The Clerk is directed to correct the electronic record to ensure service of this order on the United States Attorney.

Signed: April 22, 2008

Lacy H. Thornburg
United States District Judge